| | |
|---|---|
| 1 | Scott Alan Burroughs (SBN 235718) |
| 2 | scott@donigerlawfirm.com |
|   | Trevor W. Barrett (SBN 287174) |
| 3 | tbarrett@donigerlawfirm.com |
|   | Frank R. Trechsel (SBN 312199) |
| 4 | ftrechsel@donigerlawfirm.com |
|   | DONIGER / BURROUGHS |
| 5 | 603 Rose Avenue |
|   | Venice, California 90291 |
| 6 | Telephone: (310) 590-1820 |
| 7 | Attorneys for Plaintiff |
|   | KLAUBER BROTHERS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC., a New York corporation, | CASE NO. 2:21-cv-03143-DOC-PLA |
|  | *Hon. David O. Carter Presiding* |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| MACY'S, INC., a Delaware corporation; TOPSON DOWNS OF CALIFORNIA, INC. a California corporation; and DOES 1 through 10, | |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff KLAUBER BROTHERS INC. hereby dismisses this action in its entirety and *with prejudice* pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Per the aforementioned statute, no court order is required in connection with this notice of dismissal.

Respectfully submitted,

DATED: June 23, 2021                    DONIGER / BURROUGHS

By:    */s/ Trevor W. Barrett*
       Scott Alan Burroughs
       Trevor W. Barrett
       Attorneys for Plaintiff